UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| REBECCA MATLOCK, Individually and as Administrator of the Estate of Pauline Ruth Matlock, | : : : : | Case No. 3:12-cv-122<br><br>Judge Timothy S. Black<br>Magistrate Judge Michael J. Newman |
| Plaintiff, | : : | |
| vs. | : : | |
| JACE CROZIER, | : : | |
| Defendant. | : | |

## CONDITIONAL ORDER OF DISMISSAL

The Court having been advised by the parties that this civil action has been settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 45 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.


Date: March 1, 2013                     *s/ Timothy S. Black*
                                        Timothy S. Black
                                        United States District Judge